RICHARDSON & MORGAN CO. v. O'CONNOR et al. (Supreme Court, Appellate Di-

vision, First Department. October 17, 1902.) Action by the Richardson & Morgan Company against Roderick O'Connor and another. No opinion. Motion denied, upon payment of $10 costs, and, upon payment of an additional $10, leave given to apply to court below to open default.